**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:14-CR-004-LRH-(WGC) |
| WILLIAM FRANCIS PUTNAM II, | ) ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On September 10, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant WILLIAM FRANCIS PUTNAM II to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant WILLIAM FRANCIS PUTNAM II pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2014, through October 12, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
9  853(n)(7) and shall be disposed of according to law:

10  1.  Dell Inspiron laptop computer SN: FZTK2X1;
11  2.  PNY 8GB thumb drive;
12  3.  Acer Aspire V5 laptop computer SN: NXM8WAA0073201D5E82000;
13  4.  Simple Tech 250 GB external hard drive;
14  5.  Lacie external hard drive;
15  6.  Dell Inspiron laptop computer SN: 5YXV8C1;
16  7.  Acer Aspire One laptop computer SN: 14500283076;
17  8.  Samsung computer hard drive SN: 0462J1FT320109; and,
18  9.  Misc. removable media.

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
20  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
21  income derived as a result of the United States of America's management of any property forfeited
22  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
23  . . .
24  . . .
25  . . .
26  . . .

2

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this 10th day of December, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE